1 MARK LANIER, (Admitted *Pro Hac Vice*)
JONATHAN WILKERSON, (Admitted *Pro Hac Vice*)
2 ALEX BROWN, (Admitted *Pro Hac Vice*)
THE LANIER LAW FIRM, PC
3 10940 W. Sam Houston Pkwy N, Ste. 100
Houston, TX 77064
4 Telephone: (713) 659-5200
Facsimile: (713) 659-2204
5
6 SHALINI DOGRA, SBN 309024
DOGRA LAW GROUP PC
7 4065 Glencoe Avenue, Ste. 107
Marina Del Rey, CA 90292
8 Telephone: (747) 234-6673
Facsimile: (310) 868-0170
9
10 Attorneys for Named Plaintiff and Proposed Class

**UNITED STATES DISCTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| HOPE DUNN an Individual;<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; MASSIMO ZANETTI BEVERAGE USA, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No:<br><br>**EXHIBIT ONE TO CLASS ACTION COMPLAINT** |

**EXHIBIT ONE**



EXHIBIT ONE TO CLASS ACTION COMPLAINT



EXHIBIT ONE TO CLASS ACTION COMPLAINT